ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
JAMES R. KNAPP
Arizona State Bar No. 021166
TODD M. ALLISON
Arizona State Bar No. 026936
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: james.knapp2@usdoj.gov
Email: todd.allison@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Robert Jeremy Miller<br><br>　　　　　Defendant. | 17-MJ-8369-JZB<br><br>**MEMORANDUM REGARDING DETENTION** |

Defendant Robert Jeremy Miller is charged with unauthorized access to a technology company's proprietary satellite-tracking system that shows the location of aircraft and marine craft. (CR 1 (Complaint) at 1-2 ¶ 4.) Miller was trying to sell this information to drug traffickers for $2 to $5 million. (CR 1 at 4 ¶ 10, 6 ¶ 18.)

The United States is seeking pretrial detention because a preponderance of the evidence shows Miller is a flight risk:

- The offense is serious and the proof is overwhelming; Miller was arrested after attempting to sell login codes to FBI agents posing as drug traffickers. (CR 1 at 6 ¶¶ 18-19.)

- He has been unemployed since February 2017, and he has few assets and no significant family or community ties to Arizona. (CR 3 (Pretrial Services Report) at 2.)

- Miller advised his co-conspirator in text messages that he wanted the deal done quickly, as he was low on funds, needed to leave his residence by the end of July, and was planning to move out of state. (Ex. 1 (SMS Messages) at 1-2, 4, 10-11.)
- After arrest Miller provided a urine sample, which tested positive for a controlled substance. (CR 3 at 3.)
- He has been evading service of process in a separate civil suit since March 2017 (Ex. 2 (Affidavit, CR 38 in CV-17-0699-SPL).)

For these and other reasons, the United States recommends that Miller be detained pending trial as a flight risk after a consideration of the factors in 18 U.S.C. § 3142(g).

Respectfully submitted this 8th day of August, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

 *s/ James R. Knapp*

JAMES R. KNAPP
TODD M. ALLISON
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on 8/8/2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Lloyd Tate