# Exhibit 1

United States v. Robert Jeremy Miller

17-MJ-8369-JZB

## SMS Messages

| # | Party | Date | Time | Folder | Status | Message |
|---|---|---|---|---|---|---|
| 1058 | To: +18016618953 Accsess | 7/21/2017 | 07/21/2017 07:19(UTC-7) | Sent | Sent | This HR |
| 1056 | From: +18016618953 Accsess | 7/21/2017 | 07/21/2017 09:51(UTC-7) | Inbox | Read | Hey |
| 1054 | From: +18016618953 Accsess | 7/21/2017 | 07/21/2017 09:51(UTC-7) | Inbox | Read | Thought I lost you |
| 1052 | From: +18016618953 Accsess | 7/21/2017 | 07/21/2017 10:16(UTC-7) | Inbox | Read | Give me a holler when ya get a chance. |
| 1047 | To: +18016618953 Accsess | 7/21/2017 | 07/21/2017 13:17(UTC-7) | Sent | Sent | What's going on!? |
| 1045 | From: +18016618953 Accsess | 7/21/2017 | 07/21/2017 13:17(UTC-7) | Inbox | Read | Just hanging around. |
| 1043 | To: +18016618953 Accsess | 7/21/2017 | 07/21/2017 13:18(UTC-7) | Sent | Sent | Lol me too! |
| 1041 | From: +18016618953 Accsess | 7/21/2017 | 07/21/2017 13:19(UTC-7) | Inbox | Read | Did shot fall through? |
| 1039 | From: +18016618953 Accsess | 7/21/2017 | 07/21/2017 13:19(UTC-7) | Inbox | Read | Shit |
| 1037 | To: +18016618953 Accsess | 7/21/2017 | 07/21/2017 13:19(UTC-7) | Sent | Sent | With our project? |
| 1035 | From: +18016618953 Accsess | 7/21/2017 | 07/21/2017 13:19(UTC-7) | Inbox | Read | Yeah |
| 1033 | To: +18016618953 Accsess | 7/21/2017 | 07/21/2017 13:20(UTC-7) | Sent | Sent | Yes and no. Just had to go another route! |
| 1031 | From: +18016618953 Accsess | 7/21/2017 | 07/21/2017 13:20(UTC-7) | Inbox | Read | Well that sucks |
| 1029 | To: +18016618953 Accsess | 7/21/2017 | 07/21/2017 13:20(UTC-7) | Sent | Sent | Give me over the weekend and ill let you know |
| 1027 | From: +18016618953 Accsess | 7/21/2017 | 07/21/2017 13:20(UTC-7) | Inbox | Read | Was hoping to have something by now |
| 1025 | To: +18016618953 Accsess | 7/21/2017 | 07/21/2017 13:21(UTC-7) | Sent | Sent | Not really. I was dealing with peons |
| 1023 | From: +18016618953 Accsess | 7/21/2017 | 07/21/2017 13:21(UTC-7) | Inbox | Read | Ok. Hopefully you'll have good news before I have to take a job out of state |
| 1021 | From: +18016618953 Accsess | 7/21/2017 | 07/21/2017 13:21(UTC-7) | Inbox | Read | Oh |
| 1019 | To: +18016618953 Accsess | 7/21/2017 | 07/21/2017 13:22(UTC-7) | Sent | Sent | When are you doing that? |
| 1017 | From: +18016618953 Accsess | 7/21/2017 | 07/21/2017 13:22(UTC-7) | Inbox | Read | I gotta make a decision next week |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 1015 | From: +18016618953 Accsess | 7/21/2017 | 07/21/2017 13:22(UTC-7) | Inbox | Read | Funds are low |
| 1013 | To: +18016618953 Accsess | 7/21/2017 | 07/21/2017 13:22(UTC-7) | Sent | Sent | Ok |
| 1009 | To: +18016618953 Accsess | 7/22/2017 | 07/22/2017 17:11(UTC-7) | Sent | Sent | Call me asap |
| 1007 | To: +18016618953 Accsess | 7/22/2017 | 07/22/2017 20:03(UTC-7) | Sent | Sent | Call me asap |
| 1004 | To: +18016618953 Accsess | 7/22/2017 | 07/22/2017 20:07(UTC-7) | Sent | Sent | Yo answer. We might have a deal |
| 1005 | To: +18016618953 Accsess | 7/22/2017 | 07/22/2017 20:07(UTC-7) | Sent | Sent | p�z5..%..... .... S...... ..... |
| 1002 | To: +18016618953 Accsess | 7/22/2017 | 07/22/2017 20:10(UTC-7) | Sent | Sent | Yo |
| 1000 | To: +18016618953 Accsess | 7/22/2017 | 07/22/2017 20:25(UTC-7) | Sent | Sent | Your blowing this dude! |
| 998 | From: +18016618953 Accsess | 7/23/2017 | 07/23/2017 09:46(UTC-7) | Inbox | Read | Hey |
| 996 | From: +18016618953 Accsess | 7/23/2017 | 07/23/2017 09:47(UTC-7) | Inbox | Read | Just woke up |
| 994 | To: +18016618953 Accsess | 7/23/2017 | 07/23/2017 10:25(UTC-7) | Sent | Sent | Yo need a 24hr login and web site info!!! We may have a deal! |
| 992 | From: +18016618953 Accsess | 7/23/2017 | 07/23/2017 10:30(UTC-7) | Inbox | Read | Ok |
| 990 | To: +18016618953 Accsess | 7/23/2017 | 07/23/2017 10:46(UTC-7) | Sent | Sent | How long? |
| 988 | From: +18016618953 Accsess | 7/23/2017 | 07/23/2017 10:47(UTC-7) | Inbox | Read | https:/ [redacted] |
| 986 | From: +18016618953 Accsess | 7/23/2017 | 07/23/2017 10:47(UTC-7) | Inbox | Read | [redacted] |
| 984 | To: +18016618953 Accsess | 7/23/2017 | 07/23/2017 10:47(UTC-7) | Sent | Sent | That the site? |
| 982 | From: +18016618953 Accsess | 7/23/2017 | 07/23/2017 10:47(UTC-7) | Inbox | Read | Is login & pw |
| 980 | To: +18016618953 Accsess | 7/23/2017 | 07/23/2017 10:48(UTC-7) | Sent | Sent | Ok cool. Time starts now or once they login |
| 978 | From: +18016618953 Accsess | 7/23/2017 | 07/23/2017 10:49(UTC-7) | Inbox | Read | Now |
| 976 | To: +18016618953 Accsess | 7/23/2017 | 07/23/2017 10:50(UTC-7) | Sent | Sent | Ok |

| # | From/To | Date | Timestamp | Folder | Status | Message |
|---|---|---|---|---|---|---|
| 974 | From: +18016618953 Accsess | 7/23/2017 | 07/23/2017 12:25(UTC-7) | Inbox | Read | They just wanting to make sure its legit? |
| 972 | To: +18016618953 Accsess | 7/23/2017 | 07/23/2017 12:26(UTC-7) | Sent | Sent | Yes |
| 970 | From: +18016618953 Accsess | 7/23/2017 | 07/23/2017 12:38(UTC-7) | Inbox | Read | Ok. Did they say how long this will all take once they verify? |
| 968 | To: +18016618953 Accsess | 7/23/2017 | 07/23/2017 12:40(UTC-7) | Sent | Sent | By tonight. Early morning |
| 966 | From: +18016618953 Accsess | 7/23/2017 | 07/23/2017 12:42(UTC-7) | Inbox | Read | Awesome |
| 964 | From: +18016618953 Accsess | 7/23/2017 | 07/23/2017 12:43(UTC-7) | Inbox | Read | What price ya think? |
| 962 | To: +18016618953 Accsess | 7/23/2017 | 07/23/2017 12:44(UTC-7) | Sent | Sent | Not sure? I told them 5million |
| 960 | From: +18016618953 Accsess | 7/23/2017 | 07/23/2017 12:44(UTC-7) | Inbox | Read | Damn |
| 958 | To: +18016618953 Accsess | 7/23/2017 | 07/23/2017 12:45(UTC-7) | Sent | Sent | Start high let them talk me down |
| 956 | From: +18016618953 Accsess | 7/23/2017 | 07/23/2017 12:45(UTC-7) | Inbox | Read | That's a decent price though |
| 954 | To: +18016618953 Accsess | 7/23/2017 | 07/23/2017 12:45(UTC-7) | Sent | Sent | Very |
| 952 | To: +18016618953 Accsess | 7/23/2017 | 07/23/2017 12:57(UTC-7) | Sent | Sent | Ill take 2. Pay my contact from my portion. |
| 950 | From: +18016618953 Accsess | 7/23/2017 | 07/23/2017 12:58(UTC-7) | Inbox | Read | Sweet |
| 948 | To: +18016618953 Accsess | 7/23/2017 | 07/23/2017 13:00(UTC-7) | Sent | Sent | What is the user name And password |
| 946 | From: +18016618953 Accsess | 7/23/2017 | 07/23/2017 13:01(UTC-7) | Inbox | Read | ▮ |
| 944 | From: +18016618953 Accsess | 7/23/2017 | 07/23/2017 13:01(UTC-7) | Inbox | Read | For both |
| 942 | To: +18016618953 Accsess | 7/23/2017 | 07/23/2017 13:02(UTC-7) | Sent | Sent | Ok cool |
| 939 | To: +18016618953 Accsess | 7/23/2017 | 07/23/2017 19:39(UTC-7) | Sent | Sent | Are you sure this is the military? |
| 935 | From: +18016618953 Accsess | 7/24/2017 | 07/24/2017 06:46(UTC-7) | Inbox | Read | Yeah |
| 933 | From: +18016618953 Accsess | 7/24/2017 | 07/24/2017 06:47(UTC-7) | Inbox | Read | Why |
| 929 | From: +18016618953 Accsess | 7/24/2017 | 07/24/2017 09:41(UTC-7) | Inbox | Read | Any update? |
| 927 | To: +18016618953 Accsess | 7/24/2017 | 07/24/2017 09:42(UTC-7) | Sent | Sent | Not yet. Should be some time today tho |

3

| # | From/To | Date | Timestamp | Folder | Status | Message |
|---|---|---|---|---|---|---|
| 925 | From: +18016618953 Accsess | 7/24/2017 | 07/24/2017 09:43(UTC-7) | Inbox | Read | Ok |
| 923 | From: +18016618953 Accsess | 7/24/2017 | 07/24/2017 16:38(UTC-7) | Inbox | Read | So what's up |
| 921 | From: +18016618953 Accsess | 7/24/2017 | 07/24/2017 16:38(UTC-7) | Inbox | Read | The login has expired |
| 919 | To: +18016618953 Accsess | 7/24/2017 | 07/24/2017 16:40(UTC-7) | Sent | Sent | Im just waiting on word. We got an offer for $500k. Told them no, they've gonna talk with bosses. |
| 917 | From: +18016618953 Accsess | 7/24/2017 | 07/24/2017 16:42(UTC-7) | Inbox | Read | Yeah they need to figure it out |
| 915 | To: +18016618953 Accsess | 7/24/2017 | 07/24/2017 16:46(UTC-7) | Sent | Sent | Plus we don't want to rush them. It could spook them. They are kinda skittish still. I did get a return call from another party interested, but told them we can only do one login |
| 913 | From: +18016618953 Accsess | 7/24/2017 | 07/24/2017 17:16(UTC-7) | Inbox | Read | Yeah I just hope they Make a decision before I have to move |
| 902 | From: +18016618953 Accsess | 7/25/2017 | 07/25/2017 09:02(UTC-7) | Inbox | Read | Think we should take an offer below 5mill and make em pay a hefty monthly?  Just a thought |
| 900 | To: +18016618953 Accsess | 7/25/2017 | 07/25/2017 14:37(UTC-7) | Sent | Sent | I was thinking the same. I've got the second party up to a million but the need proof. Can you do another 24hr login? |
| 898 | From: +18016618953 Accsess | 7/25/2017 | 07/25/2017 14:45(UTC-7) | Inbox | Read | Password is now ■■■ |
| 896 | To: +18016618953 Accsess | 7/25/2017 | 07/25/2017 14:46(UTC-7) | Sent | Sent | Got it |
| 852 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 09:37(UTC-7) | Inbox | Read | Heard anything? |
| 850 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 10:00(UTC-7) | Inbox | Read | When they log in  they can press the map icon and it will launch a separate window with a map. |
| 848 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 10:00(UTC-7) | Inbox | Read | That will show them the best picture |
| 846 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 10:00(UTC-7) | Sent | Sent | Send a close up of that so they know exactly what to look for |
| 844 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 10:02(UTC-7) | Inbox | Read | Theirs will be in Spanish |
| 842 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 10:02(UTC-7) | Sent | Sent | Ok. They just want to see what to look for |
| 840 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 10:09(UTC-7) | Sent | Sent | They want to see what it looks like when they open the map and see an asset. What does it look like with the name of asset. I think they have someone on the inside thaws gonna help them confirm that its real |
| 838 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 10:10(UTC-7) | Inbox | Read | Damn I hope they can be trusted. |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| 836 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 10:11(UTC-7) | Sent | Sent | I'm just guessing, it just sounds like it to me. |
| 834 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 10:13(UTC-7) | Sent | Sent | Screenshot a close up of a blackhawk on the map with the name. |
| 832 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 10:17(UTC-7) | Sent | Sent | Can you do that? |
| 830 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 10:18(UTC-7) | Inbox | Read | Just sent it |
| 828 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 10:23(UTC-7) | Sent | Sent | That's real time? Like just now? |
| 826 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 10:23(UTC-7) | Inbox | Read | Yes |
| 824 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 10:23(UTC-7) | Sent | Sent | Ok |
| 822 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 10:24(UTC-7) | Inbox | Read | The time & date are on the icon info |
| 820 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 10:32(UTC-7) | Inbox | Read | On phone |
| 818 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 10:35(UTC-7) | Sent | Sent | Ok. 30 min get somewhere to connect to site so you can walk them thru. I will do a threeway call with the boss at 1115 |
| 812 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 10:50(UTC-7) | Inbox | Read | Ok |
| 808 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 11:08(UTC-7) | Inbox | Read | Ok.  I'm all set |
| 806 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 11:09(UTC-7) | Inbox | Read | Join.me/daniel_wyatt |
| 802 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 11:16(UTC-7) | Sent | Sent | Ok just waiting on them |
| 800 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 11:16(UTC-7) | Inbox | Read | Ok |
| 798 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 11:17(UTC-7) | Sent | Sent | Who name is that? |
| 796 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 11:17(UTC-7) | Inbox | Read | Made up |
| 794 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 11:17(UTC-7) | Sent | Sent | Lol |
| 792 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 11:22(UTC-7) | Inbox | Read | They want to see my screen right? |
| 790 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 11:25(UTC-7) | Sent | Sent | I think. Our set it up on their own laptop and you walk them thru it. |
| 788 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 11:25(UTC-7) | Inbox | Read | Ok |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| 786 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 11:25(UTC-7) | Inbox | Read | Either works |
| 784 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 11:27(UTC-7) | Inbox | Read | You can see it if u use the link I sent.   This is some free screen sharing thing I just downloaded. |
| 782 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 11:29(UTC-7) | Sent | Sent | Ok |
| 780 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 11:34(UTC-7) | Inbox | Read | Ya got them yet? |
| 776 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 13:21(UTC-7) | Inbox | Read | We good yet? |
| 774 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 13:22(UTC-7) | Sent | Sent | Don't know yet. Calling them now |
| 772 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 13:34(UTC-7) | Sent | Sent | They are having a difficult time cause it says they don't have the right flash player |
| 770 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 13:35(UTC-7) | Inbox | Read | Tell them to Google do load adobe flahsplayer and download the latest version |
| 768 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 13:35(UTC-7) | Sent | Sent | Ok |
| 766 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 13:36(UTC-7) | Inbox | Read | *Google download adobe flash play r |
| 764 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 13:36(UTC-7) | Sent | Sent | Ok |
| 762 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 13:37(UTC-7) | Inbox | Read | That's why this login is only good for a computer.   IPhones don't support flash |
| 760 | To: +18016618953 Accsess | 7/26/2017 | 07/26/2017 13:38(UTC-7) | Sent | Sent | They said its a Dell laptop |
| 754 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 13:58(UTC-7) | Inbox | Read | Ok |
| 752 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 13:58(UTC-7) | Inbox | Read | Shouldn't be any problems |
| 750 | From: +18016618953 Accsess | 7/26/2017 | 07/26/2017 13:59(UTC-7) | Inbox | Read | Ya dropped |
| 718 | To: +18016618953 Accsess | 7/27/2017 | 07/27/2017 09:23(UTC-7) | Sent | Sent | Call me asap |
| 704 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 10:26(UTC-7) | Inbox | Read | Okay.  The app works well |
| 702 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 10:27(UTC-7) | Inbox | Read | Joinme |
| 700 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 10:27(UTC-7) | Inbox | Read | You can download from the app store if they want to use their phones instead of a computer |
| 698 | To: +18016618953 Accsess | 7/27/2017 | 07/27/2017 10:28(UTC-7) | Sent | Sent | Ok cool. Same login. Daniel Wyatt |
| 697 | To: +18016618953 Accsess | 7/27/2017 | 07/27/2017 10:28(UTC-7) | Sent | Sent | ?? |

| | | | | | | |
|---|---|---|---|---|---|---|
| 695 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 10:28(UTC-7) | Inbox | Read | ▪ |
| 693 | To: +18016618953 Accsess | 7/27/2017 | 07/27/2017 10:29(UTC-7) | Sent | Sent | Oj |
| 691 | To: +18016618953 Accsess | 7/27/2017 | 07/27/2017 10:29(UTC-7) | Sent | Sent | Ok |
| 689 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 10:29(UTC-7) | Inbox | Read | I am using an iphone 7 plus and it looks good. Not sure how good it is on shitty phones |
| 687 | To: +18016618953 Accsess | 7/27/2017 | 07/27/2017 10:31(UTC-7) | Sent | Sent | Ok let me see and get them ready |
| 685 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 10:31(UTC-7) | Inbox | Read | Ok |
| 683 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 10:31(UTC-7) | Inbox | Read | Fingers crossed |
| 681 | To: +18016618953 Accsess | 7/27/2017 | 07/27/2017 10:32(UTC-7) | Sent | Sent | Me too |
| 673 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 11:33(UTC-7) | Inbox | Read | They still having problems? |
| 671 | To: +18016618953 Accsess | 7/27/2017 | 07/27/2017 11:36(UTC-7) | Sent | Sent | No just waiting on them to get ready I just called 2 of them, the other is not picking up |
| 669 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 11:37(UTC-7) | Inbox | Read | Its amazing they ever get anything done |
| 667 | To: +18016618953 Accsess | 7/27/2017 | 07/27/2017 11:43(UTC-7) | Sent | Sent | Well this is all new to them so they are being extra cautious. I don't want to run them away so lets just be patient |
| 665 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 11:44(UTC-7) | Inbox | Read | Ok |
| 656 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 16:12(UTC-7) | Inbox | Read | Any news |
| 590 | To: +18016618953 Accsess | 7/27/2017 | 07/27/2017 19:06(UTC-7) | Sent | Sent | 1.2 mill is first offer |
| 572 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 19:17(UTC-7) | Inbox | Read | That sounds sweet |
| 570 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 19:17(UTC-7) | Inbox | Read | Is there monthly too? |
| 564 | To: +18016618953 Accsess | 7/27/2017 | 07/27/2017 19:21(UTC-7) | Sent | Sent | No. Not with this offer. I guess something major happened down south that's why we didn't do anything today. We definitely will be doing it tomorrow. |
| 562 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 19:23(UTC-7) | Inbox | Read | Awesome for tomorrow |
| 558 | To: +18016618953 Accsess | 7/27/2017 | 07/27/2017 19:24(UTC-7) | Sent | Sent | What's the login in info again? |
| 556 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 19:25(UTC-7) | Inbox | Read | For? |

| | | | | | | |
|---|---|---|---|---|---|---|
| 554 | To: +18016618953 Accsess | 7/27/2017 | 07/27/2017 19:25(UTC-7) | Sent | Sent | The screen share. Joinme |
| 552 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 19:26(UTC-7) | Inbox | Read | ▬ |
| 550 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 19:27(UTC-7) | Inbox | Read | Join.me/daniel_wyatt |
| 500 | To: +18016618953 Accsess | 7/27/2017 | 07/27/2017 20:00(UTC-7) | Sent | Sent | Ima call you in a min. Gotta talk |
| 475 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 21:06(UTC-7) | Inbox | Read | Just got back in car |
| 467 | To: +18016618953 Accsess | 7/27/2017 | 07/27/2017 21:24(UTC-7) | Sent | Sent | Ok give me a min |
| 465 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 21:24(UTC-7) | Inbox | Read | Ok |
| 459 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 21:37(UTC-7) | Inbox | Read | Ok. Its back active for 24hrs |
| 457 | To: +18016618953 Accsess | 7/27/2017 | 07/27/2017 21:38(UTC-7) | Sent | Sent | Same one? ▬ ? Same login name? |
| 455 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 21:39(UTC-7) | Inbox | Read | Yeah. |
| 453 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 21:39(UTC-7) | Inbox | Read | ▬ |
| 451 | To: +18016618953 Accsess | 7/27/2017 | 07/27/2017 21:39(UTC-7) | Sent | Sent | Ok. Talk with you o, the am |
| 449 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 21:39(UTC-7) | Inbox | Read | ▬ |
| 447 | From: +18016618953 Accsess | 7/27/2017 | 07/27/2017 21:39(UTC-7) | Inbox | Read | 👌 |
| 337 | From: +18016618953 Accsess | 7/28/2017 | 07/28/2017 12:30(UTC-7) | Inbox | Read | Anything? |
| 335 | To: +18016618953 Accsess | 7/28/2017 | 07/28/2017 12:31(UTC-7) | Sent | Sent | 230-245pm. Ill call when ready |
| 333 | From: +18016618953 Accsess | 7/28/2017 | 07/28/2017 12:31(UTC-7) | Inbox | Read | Ok |
| 326 | From: +18016618953 Accsess | 7/28/2017 | 07/28/2017 14:47(UTC-7) | Inbox | Read | So? |
| 301 | From: +18016618953 Accsess | 7/28/2017 | 07/28/2017 16:09(UTC-7) | Inbox | Read | ?? |
| 297 | To: +18016618953 Accsess | 7/28/2017 | 07/28/2017 16:11(UTC-7) | Sent | Sent | Give me a min. Im working out details. The first one who offered has 2mill. Payout Monday! |
| 295 | From: +18016618953 Accsess | 7/28/2017 | 07/28/2017 16:12(UTC-7) | Inbox | Read | Ok |

8

| | | | | | | |
|---|---|---|---|---|---|---|
| 258 | To: +18016618953 Accsess | 7/28/2017 | 07/28/2017 18:31(UTC-7) | Sent | Sent | In a meeting, call you right back. |
| 256 | To: +18016618953 Accsess | 7/28/2017 | 07/28/2017 18:33(UTC-7) | Sent | Sent | At orientation for my kids. Call you in a bit. We are on for Monday! Payday has finally come! |
| 254 | From: +18016618953 Accsess | 7/28/2017 | 07/28/2017 18:34(UTC-7) | Inbox | Read | What was the final offer? |
| 252 | To: +18016618953 Accsess | 7/28/2017 | 07/28/2017 18:34(UTC-7) | Sent | Sent | 2 mill |
| 250 | From: +18016618953 Accsess | 7/28/2017 | 07/28/2017 18:35(UTC-7) | Inbox | Read | Ill hit ya up after dinner. |
| 248 | To: +18016618953 Accsess | 7/28/2017 | 07/28/2017 18:35(UTC-7) | Sent | Sent | Ok |
| 246 | To: +18016618953 Accsess | 7/28/2017 | 07/28/2017 18:36(UTC-7) | Sent | Sent | 2 mill |
| 235 | To: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:38(UTC-7) | Sent | Sent | You up |
| 233 | From: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:38(UTC-7) | Inbox | Read | Yep |
| 231 | To: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:39(UTC-7) | Sent | Sent | Hey they said that they couldn't get on the website to use the login |
| 229 | To: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:39(UTC-7) | Sent | Sent | It kept saying website not found |
| 227 | From: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:40(UTC-7) | Inbox | Read | Its expired by now |
| 225 | To: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:40(UTC-7) | Sent | Sent | Not the login the website itself |
| 223 | From: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:41(UTC-7) | Inbox | Read | https:// |
| 221 | To: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:42(UTC-7) | Sent | Sent | Yes that one. Check and make sure its up and running |
| 219 | From: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:42(UTC-7) | Inbox | Read | It is |
| 217 | From: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:43(UTC-7) | Inbox | Read | It never goes down |
| 215 | To: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:43(UTC-7) | Sent | Sent | And your login is still good? |
| 213 | From: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:44(UTC-7) | Inbox | Read | No. I will need to refresh |
| 211 | To: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:46(UTC-7) | Sent | Sent | Check |
| 209 | From: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:46(UTC-7) | Inbox | Read | They want it now? |
| 207 | To: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:47(UTC-7) | Sent | Sent | No. Is your permanent lofib UN still good |

| | | | | | | |
|---|---|---|---|---|---|---|
| 205 | To: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:47(UTC-7) | Sent | Sent | Login |
| 203 | From: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:47(UTC-7) | Inbox | Read | Yes |
| 201 | To: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:48(UTC-7) | Sent | Sent | Idk. They must be doing something wrong. |
| 199 | To: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:48(UTC-7) | Sent | Sent | Ill call you in 30 when I get them ready |
| 197 | From: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:49(UTC-7) | Inbox | Read | Ok |
| 195 | To: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:57(UTC-7) | Sent | Sent | Multiple ppl can use same login right? |
| 193 | From: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:57(UTC-7) | Inbox | Read | Yes |
| 191 | From: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:58(UTC-7) | Inbox | Read | Do I need to enable the login? |
| 189 | To: +18016618953 Accsess | 7/29/2017 | 07/29/2017 10:59(UTC-7) | Sent | Sent | Not yet. Let me get them in place. The head honcho is going to be login! Is they are getting somewhere secure |
| 187 | From: +18016618953 Accsess | 7/29/2017 | 07/29/2017 11:00(UTC-7) | Inbox | Read | Ok |
| 168 | From: +18016618953 Accsess | 7/29/2017 | 07/29/2017 13:22(UTC-7) | Inbox | Read | Any update? |
| 152 | From: +18016618953 Accsess | 7/30/2017 | 07/30/2017 10:20(UTC-7) | Inbox | Read | Anything? |
| 144 | From: +18016618953 Accsess | 7/30/2017 | 07/30/2017 18:50(UTC-7) | Inbox | Read | Your lack of response is making me skeptical. I think I should delete my own login |
| 142 | To: +18016618953 Accsess | 7/30/2017 | 07/30/2017 18:52(UTC-7) | Sent | Sent | Man im just getting out the hospital. Got food poisoning. Im still recovering. Everything still good ill hit you tomorrow morning |
| 140 | To: +18016618953 Accsess | 7/30/2017 | 07/30/2017 18:53(UTC-7) | Sent | Sent | I thought my girl had txt you. Just seen that she txt the wrong person |
| 138 | From: +18016618953 Accsess | 7/30/2017 | 07/30/2017 18:56(UTC-7) | Inbox | Read | That's no good. Nobody hit me up. I went in and deleted all my shiit. I have to move tomorrow because I am out of money. If they want a deal they need |
| 136 | From: +18016618953 Accsess | 7/30/2017 | 07/30/2017 18:56(UTC-7) | Inbox | Read | to get their shiit together tomorrow or its all done |
| 134 | To: +18016618953 Accsess | 7/30/2017 | 07/30/2017 18:57(UTC-7) | Sent | Sent | Ill let them know. So you don't have a login any more? |
| 132 | From: +18016618953 Accsess | 7/30/2017 | 07/30/2017 18:59(UTC-7) | Inbox | Read | I do have a login but I am not gonna play games any further. J will drive down to the same house and try to make connections tomorrow |
| 130 | From: +18016618953 Accsess | 7/30/2017 | 07/30/2017 18:59(UTC-7) | Inbox | Read | If they can't produce I am out for good |

| | | | | | | |
|---|---|---|---|---|---|---|
| 128 | To: +18016618953 Accsess | 7/30/2017 | 07/30/2017 19:02(UTC-7) | Sent | Sent | Man it takes time to pull together 2mill in cash. I've been on them. Who is J and what connection? |
| 126 | From: +18016618953 Accsess | 7/30/2017 | 07/30/2017 19:03(UTC-7) | Inbox | Read | J -= i |
| 124 | To: +18016618953 Accsess | 7/30/2017 | 07/30/2017 19:03(UTC-7) | Sent | Sent | Ooo |
| 122 | From: +18016618953 Accsess | 7/30/2017 | 07/30/2017 19:03(UTC-7) | Inbox | Read | I need shiit to happen asap |
| 120 | To: +18016618953 Accsess | 7/30/2017 | 07/30/2017 19:07(UTC-7) | Sent | Sent | You and me both. I can't push them or they won't respond. Be cool. Be ready with the permanent code and we get paid by 5pm. |
| 118 | To: +18016618953 Accsess | 7/30/2017 | 07/30/2017 19:07(UTC-7) | Sent | Sent | We can go together to pick up if you want |
| 114 | From: +18016618953 Accsess | 7/30/2017 | 07/30/2017 19:08(UTC-7) | Inbox | Read | As of tomorrow i can't be on call. |
| 110 | To: +18016618953 Accsess | 7/30/2017 | 07/30/2017 19:10(UTC-7) | Sent | Sent | What call? |
| 96 | From: +18016618953 Accsess | 7/30/2017 | 07/30/2017 19:21(UTC-7) | Inbox | Read | I can't answer calls like I have been |
| 94 | To: +18016618953 Accsess | 7/30/2017 | 07/30/2017 19:22(UTC-7) | Sent | Sent | What does that mean? |
| 92 | From: +18016618953 Accsess | 7/30/2017 | 07/30/2017 19:22(UTC-7) | Inbox | Read | Its a bit awkward when you say theyre on but nothing happens |
| 86 | To: +18016618953 Accsess | 7/30/2017 | 07/30/2017 19:24(UTC-7) | Sent | Sent | I can only rely what is being said to me. In not logging in. So I have no idea until you tell me they haven't or they say they cant |
| 76 | From: +18016618953 Accsess | 7/30/2017 | 07/30/2017 19:28(UTC-7) | Inbox | Read | **It just needs to happen soon. I am way too stressed out about money** |
| 74 | To: +18016618953 Accsess | 7/30/2017 | 07/30/2017 19:28(UTC-7) | Sent | Sent | I am too. |
| 67 | From: +18016618953 Accsess | 7/31/2017 | 07/31/2017 08:14(UTC-7) | Inbox | Read | Hopefully today is the day. Sorry I was a bit forceful last night. Vodka was speaking. |
| 61 | To: +18016618953 Accsess | 7/31/2017 | 07/31/2017 10:12(UTC-7) | Sent | Sent | Lol yea it sounded like it. You good. Yes we are still on. Get the permanent login ready. I will tell you when to send |
| 39 | From: +18016618953 Accsess | 7/31/2017 | 07/31/2017 12:06(UTC-7) | Inbox | Read | Ok |
| 26 | To: +18016618953 Accsess | 7/31/2017 | 07/31/2017 14:44(UTC-7) | Sent | Sent | Hey are you available to talk. We have a deal |
| 24 | To: +18016618953 Accsess | 7/31/2017 | 07/31/2017 15:00(UTC-7) | Sent | Sent | Hey what's up!!!???? |
| 22 | To: +18016618953 Accsess | 7/31/2017 | 07/31/2017 15:32(UTC-7) | Sent | Sent | I'll call you right back. |
| 20 | From: +18016618953 Accsess | 7/31/2017 | 07/31/2017 15:32(UTC-7) | Inbox | Read | Ok |