# Exhibit 2

United States v. Robert Jeremy Miller

17-MJ-8369-JZB

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Honeywell International, Inc.,          Case No. 2:17-cv-00699-SPL

         Plaintiff,

vs.          **AFFIDAVIT OF COURTNEY N. BAGA FOR SERVICE BY PUBLICATION**

Robert Jeremy Miller,

         Defendant.

I, Courtney N. Baga, declare as follows:

1. I am an associate in the law firm of Faegre Baker Daniels LLP. I and my firm represent the plaintiff Honeywell International Inc. ("Honeywell") in this matter. I am based in the firm's Minneapolis, Minnesota office.

1. My law firm, working in conjunction with our local counsel, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., has attempted to personally serve defendant Robert Jeremy Miller with the Summons and Complaint, TRO motion papers, and other papers in this action.

2. Honeywell has been diligently trying to serve defendant Robert Jeremy Miller since March 8, 2017—the day that this action was first filed in the Court. The efforts to serve Mr. Miller are summarized in the exhibits to Honeywell's Motion for *Ex Parte* Injunctive Relief [Docket No. 28], and in the Declaration of John A. Demarr, P.I. dated March 15, 2017 [Docket No. 32]. Among other extensive efforts, Honeywell attempted to personally serve and serve by certified mail the last known address of Mr.

Miller, 620 North Fourth Avenue, Phoenix, Arizona. Honeywell used skip-trace reports, the United States Postal Service, private investigators, and inquiries with others who know Mr. Miller to attempt to ascertain his whereabouts.

3. Our investigators were not able to locate Mr. Miller or a subsequent address. However, Mr. Mr. Miller was provided with actual notice of the action by email and telephone.

4. Despite reasonably diligent efforts, Honeywell has not been able to serve Mr. Miller personally. Despite reasonably diligent means, Honeywell also has not been able to ascertain with certainty Mr. Miller's current address for residential service.

5. As of May 4, 2017, Mr. Miller was representing himself on his LinkedIn profile as being located in Arizona. Exhibit A to this Declaration is a true and correct copy of Mr. Miller's LinkedIn profile that I accessed on May 4, 2017.

6. As of today, June 5, 2017, Mr. Miller is representing himself on his LinkedIn profile as being located in San Diego, California. Exhibit B to this Declaration is a true and correct copy of Mr. Miller's LinkedIn profile that I accessed on June 5, 2017. Mr. Miller's current whereabouts are unascertainable, and his last known address is 620 North Fourth Avenue, Phoenix, Arizona. Affidavit of John A. Demarr, P.I. [Docket No. 23].

7. As noted in the Demarr Affidavit, Mr. Miller is evading service.

8. Honeywell has used email and phone to give Mr. Miller notice of this action and of Honeywell's efforts to obtain injunctive relief. Copies of the pleadings and

motion for injunctive relief in this matter were emailed to Mr. Miller, and no bounce-back email or response was received. These efforts are described in Martin Chester's Declarations [Docket Nos. 29, 35, 37] and in the Demarr Affidavit.

9. Because Mr. Miller has been provided with actual notice in multiple forms and he is evading formal service, personal service is impractical. Service by publication is the best means practical and is consistent with due process.

10. Attached as Exhibit C to this declaration is the Affidavit of Publication.

11. Attached as Exhibit D to this declaration are true and correct copies of the first publication, published in The Arizona Republic on May 5, 2017, and second, third, and fourth publications, published in the Arizona Business Gazette on May 11, 18, and 25, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of June, 2017.

s/ *Courtney N. Baga*
Courtney N. Baga