REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Robert Jeremy Miller,<br><br>　　　　　　Defendant. | CR-17-01112-PHX-DGC(JZB)<br><br>**I N D I C T M E N T**<br><br>VIO:  18 U.S.C. §§ 1030(a)(2)(C) and 1030(c)(2)(B)<br>(Unauthorized Access of a Protected Computer to Obtain Information)<br>Count 1<br><br>18 U.S.C. §§ 1030(a)(4) and 1030(c)(3)(A)<br>(Unauthorized Access of a Protected Computer in Furtherance of Fraud)<br>Count 2<br><br>18 U.S.C. §§ 982(a)(2)(B), and 1030(i); and,<br>21 U.S.C. § 853<br>(Criminal Forfeiture) |

THE GRAND JURY CHARGES:

**COUNT ONE**
**(Unauthorized Access of a Protected Computer**
**to Obtain Information)**

On or about August 4, 2017, in the District of Arizona and elsewhere, the defendant ROBERT JEREMY MILLER intentionally accessed without authorization, and exceeded any prior authorized access to, a computer used by a technology company headquartered in New Jersey, and thereby obtained information from a protected computer, and defendant

MILLER did so for purposes of private financial gain and the value of the information obtained from the protected computer exceeded $5,000.

In violation of 18 U.S.C. §§ 1030(a)(2)(C) and 1030(c)(2)(B).

## COUNT TWO
### (Unauthorized Access of a Protected Computer in Furtherance of Fraud)

On or about August 4, 2017, in the District of Arizona and elsewhere, the defendant ROBERT JEREMY MILLER knowingly and with intent to defraud accessed a protected computer used by a technology company headquartered in New Jersey, without authorization and exceeding any prior authorized access, and by means of such conduct furthered the intended fraud and obtained something of value, specifically, login codes for, and location-tracking data available from, the company's proprietary aerospace management system.

In violation of 18 U.S.C. §§ 1030(a)(4) and (c)(3)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 and 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i); and Title 21, United States Code, Section 853; and upon conviction of one or more of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant so convicted shall forfeit to the United States all right, title, and interest in any and all property, real or personal, involved in such offenses, or any property traceable to such property involved in each offense, or conspiracy to commit such offense, including the following: (a) all money or other property that was the subject of each transaction, transportation, transmission or transfer in violation of a statute listed in Title 18, United States Code, Section 982, (b) all other property constituting proceeds obtained as a result of those violations, and (c) all property used in any manner or part to commit or to facilitate the commission of those

violations including, but not limited to the sum of money representing the amount of money involved in the offense(s) and the property named below.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 982(a)(2)(B), and 1030(i); and Title 21, United States Code, Section 853; and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: August 16, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/S/
JAMES R. KNAPP
TODD M. ALLISON
Assistant United States Attorney